Anthony J. Viola
Andre K. Cizmarik
Edwards Wildman Palmer LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
Attorneys for Plaintiff The National Grange
Of The Order Of Patrons Of Husbandry

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NATIONAL GRANGE OF THE ORDER OF PATRONS OF HUSBANDRY, | No. 11 CV _____ |
| Plaintiff, | |
| - against - | **CV11-5326** |
| BROOKLYN GRANGE, LLC, | |
| Defendant. | |

KUNTZ, J.

**ORDER TO SHOW CAUSE AND REQUEST FOR INJUNCTIVE RELIEF**

Upon the annexed declaration of Andre K. Cizmarik, dated November 1, 2011 and the exhibits thereto; and upon the accompanying memorandum of law; and upon the complaint filed in this action; and upon the pleadings and other papers submitted in support of the relief requested herein, it is hereby:

**ORDERED**, that Defendant Brooklyn Grange, LLC show cause before this Court on November 23, 2011 at 10:00 a.m., or such time as the parties may be heard, in Room 6H of the United States District Court for the Eastern District of New York at Brooklyn, located at 225 Cadman Plaza East, Brooklyn, New York, why an order should not be entered pursuant to Federal Rule of Civil Procedure 65, preliminarily enjoining Defendant and its agents, successors and all person in active concert or participation with any of them from using the term

NYC 405619.1

BROOKLYN GRANGE in any form, or any other mark or name, alone or in combination with other words or symbols, that contains the word GRANGE, or is confusingly similar to any of the GRANGE Marks pending final judgment in this action.

**ORDERED**, that service of this Order, the supporting declaration, the memorandum of law, the Complaint and all other supporting documents upon Defendant and its counsel, if any, on or before 5:00 p.m. on November _8_, 2011, by hard copy via overnight delivery shall be deemed good and sufficient service. Opposition papers, if any, must be served upon counsel for Plaintiff by e-mail (acizmarik@edwardswildman.com) and overnight mail on or before 5:00 p.m. on November _18_, 2011.

Dated: November _7_, 2011

s/WFK

_____
U.S.D.J.